## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRADLEY G. WHITE,** ) | |
| *a/k/a Gunnar Arinnson*, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 05-cv-4167-JPG** |
| vs. ) | |
| ) | **CRIMINAL NO. 02-cr-40028** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner was found guilty of two counts involving the manufacture methamphetamine, and one count of being a felon in possession of a firearm. On May 15, 2003, Petitioner was sentenced to 135 months imprisonment on each count, four years supervised release, a fine of $2,000, and a special assessment of $300. On appeal, Petitioner only challenged his sentence, arguing that the Court erred in calculating his relevant conduct. The Seventh Circuit disagreed; however, the Circuit found that the Court erred in imposing a 135-month sentence on the firearms count, as the statutory maximum for that violation is 120 months. *See* 18 U.S.C. § 924(a)(2). Therefore, the Circuit remanded the case for resentencing. *United States v. White*, Appeal No. 03-2478 (7th Cir., filed May 27, 2003). On August 31, 2004, Petitioner's aggregate term of imprisonment was reduced to 120 months on the firearms count, and 108 months on the two counts involving methamphetamine, all terms to run concurrently. No further appeal was taken, and on September 6, 2005, Petitioner filed the instant motion under 28 U.S.C. § 2255.

In this motion, Petitioner raises several claims of ineffective assistance of counsel – failure

to object to several instances of prosecutorial misconduct, failure to seek suppression of evidence seized in an allegedly unreasonable search of his residence, and failure to file an appeal following his resentencing.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: April 19, 2006**

                                                 **s/ J. Phil Gilbert**
                                                 **U. S. District Judge**