IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY G. WHITE,             ) | |
|     a/k/a Gunnar Arinnson       ) | |
|                             ) | |
|     Petitioner/Defendant,       ) | |
|                             ) | |
| v.                                              ) | Civil No. 05-CV-4167-JPG |
|                             ) | |
| UNITED STATES OF AMERICA, ) | |
|                             ) | |
|     Respondent/Plaintiff.        ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This matter having come before the Court on petitioner's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence, and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered in favor of the Respondent and against Petitioner as to all claims in this case and that this case is **HEREBY DISMISSED WITH PREJUDICE**.

**DATED: April 3, 2007.**

                                                        **NORBERT G. JAWORSKI, CLERK**

                                                        **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**